EXHIBIT A

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:06-cv-40129-FDS

Blair et al v. Towler et al
Assigned to: Judge F. Dennis Saylor, IV
Demand: $500,000
Cause: 42:1983 Civil Rights Act

Date Filed: 06/29/2006
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Brandon S. Blair**  represented by  **Alissa L. Poynor**
Altman & Citron LLP
100 Franklin Street
Boston, MA 02110
617-399-7300
Fax: 617-449-9510
Email: poynor@arc-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Altman**
Altman & Citron LLP
100 Franklin Street
Boston, MA 02110
617-399-7300
Fax: 617-399-7410
Email: altman@arc-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick T. Taverna**
Altman & Citron LLP
100 Franklin Street
Boston, MA 02110
617-742-2772
Fax: 617-449-5910
Email: taverna@altmancitron.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard N. Tousignant**  represented by  **Alissa L. Poynor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Altman**
(See above for address)
*LEAD ATTORNEY*

.

*ATTORNEY TO BE NOTICED*

**Patrick T. Taverna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Peter Towler     represented by     **Janet J. McGuiggan**
City Hall
455 Main Street
Worcester, MA 01608
508-799-1161
Fax: 508-799-1163
Email: mcguigganj@ci.worcester.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Thomas Dowd     represented by     **Andrew J. Gambaccini**
Edward P. Reardon, P.C.
397 Grove Street
Worcester, MA 01605
508-754-7285
Fax: 508-754-7220
Email: agambaccini@epreardon.com
*ATTORNEY TO BE NOTICED*

**Austin M. Joyce**
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
508-754-7285
Fax: 508-754-7220
Email: austinj@masspolice.com
*ATTORNEY TO BE NOTICED*

**John K. Vigliotti**
Edward P. Reardon, P.C.
397 Grove Street
Worcester, MA 01605
508-754-7285
Fax: 508-754-7220
Email: jvigliotti@epreardon.com
*ATTORNEY TO BE NOTICED*

**Michael J. Akerson**

                    Edward P. Reardon, P.C.
397 Grove Street
Worcester, MA 01605
508-754-7285
Fax: 508-754-7220
Email: mjakerson@yahoo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Dowd**    represented by **Janet J. McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Duffy**    represented by **Janet J. McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward McGinn**    represented by **Janet J. McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jimmy Moore**    represented by **Janet J. McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Falcone**
*TERMINATED: 08/29/2006*

**Defendant**

**Officer Ortiz**    represented by **Janet J. McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/29/2006 | 1 | COMPLAINT against all defendants Filing fee: $ 350, receipt number 404837, filed by Brandon S. Blair, Richard N. Tousignant. (Attachments: # 1 Civil Cover Sheets)(Hassett, Kathy) (Entered: 06/29/2006) |
| 06/29/2006 | | Summons Issued as to Peter Towler, Thomas Dowd, Daniel Dowd, |

| | | |
|---|---|---|
| | | Thomas Duffy, Edward McGinn, Jimmy Moore, Thomas Falcone, Officer Ortiz. (Hassett, Kathy) (Entered: 06/29/2006) |
| 08/29/2006 | 2 | WAIVER OF SERVICE Returned Executed Daniel Dowd waiver sent on 6/30/2006, answer due 8/29/2006. (Altman, Michael) (Entered: 08/29/2006) |
| 08/29/2006 | 3 | WAIVER OF SERVICE Returned Executed Thomas Duffy waiver sent on 6/30/2006, answer due 8/29/2006. (Altman, Michael) (Entered: 08/29/2006) |
| 08/29/2006 | 4 | WAIVER OF SERVICE Returned Executed Edward McGinn waiver sent on 6/30/2006, answer due 8/29/2006. (Altman, Michael) (Entered: 08/29/2006) |
| 08/29/2006 | 5 | WAIVER OF SERVICE Returned Executed Jimmy Moore waiver sent on 6/30/2006, answer due 8/29/2006. (Altman, Michael) (Entered: 08/29/2006) |
| 08/29/2006 | 6 | WAIVER OF SERVICE Returned Executed Peter Towler waiver sent on 6/30/2006, answer due 8/29/2006. (Altman, Michael) (Entered: 08/29/2006) |
| 08/29/2006 | 7 | WAIVER OF SERVICE Returned Executed Ortiz waiver sent on 6/30/2006, answer due 8/29/2006. (Altman, Michael) (Entered: 08/29/2006) |
| 08/29/2006 | 8 | WAIVER OF SERVICE Returned Executed Thomas Dowd waiver sent on 6/30/2006, answer due 8/29/2006. (Altman, Michael) (Entered: 08/29/2006) |
| 08/29/2006 | 9 | NOTICE by Brandon S. Blair *of Dismissal of Defendant Thomas Falcone* (Altman, Michael) (Entered: 08/29/2006) |
| 09/07/2006 | 10 | NOTICE of Appearance by Andrew J. Gambaccini on behalf of Thomas Dowd (Gambaccini, Andrew) (Entered: 09/07/2006) |
| 09/07/2006 | 11 | NOTICE of Appearance by Michael J. Akerson on behalf of Thomas Dowd (Akerson, Michael) (Entered: 09/07/2006) |
| 09/07/2006 | 12 | NOTICE of Appearance by Austin M. Joyce on behalf of Thomas Dowd (Joyce, Austin) (Entered: 09/07/2006) |
| 09/07/2006 | 13 | NOTICE of Appearance by John K. Vigliotti on behalf of Thomas Dowd (Vigliotti, John) (Entered: 09/07/2006) |
| 09/08/2006 | 14 | NOTICE of Appearance by Janet J. McGuiggan on behalf of Peter Towler, Daniel Dowd, Thomas Duffy, Edward McGinn, Jimmy Moore, Ortiz (McGuiggan, Janet) (Entered: 09/08/2006) |
| 09/11/2006 | 15 | MOTION for Extension of Time to September 29, 2006 to File Answer *to Complaint* by Thomas Dowd, Daniel Dowd, Thomas Duffy,Edward McGinn, Jimmy Moore, Ortiz, Peter Towler.(Gambaccini, Andrew) Modified on 9/12/2006 (Jones, Sherry). (Entered: 09/11/2006) |
| | | |

| 09/11/2006 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 15 Motion for Extension of Time to Answer. Thomas Dowd, Daniel Dowd, Thomas Duffy, Edward McGinn, Jimmy Moore, Ortiz & Peter Towler answer due 9/29/2006. Modified on 9/12/2006 (Jones, Sherry). (Entered: 09/11/2006) |
| --- | --- | --- |
| 09/11/2006 | | Reset Answer Deadlines to 9/29/06 for Peter Towler, Thomas Dowd, Daniel Dowd, Thomas Duffy, Edward McGinn, Jimmy Moore, Ortiz. (Counsel filed motion to extend time to answer as to all defendants see document #15) (Jones, Sherry) (Entered: 09/12/2006) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 09/29/2006 09:58:19 | | | |
| PACER Login: | cw0985 | Client Code: | quinn |
| Description: | Docket Report | Search Criteria: | 4:06-cv-40129-FDS |
| Billable Pages: | 2 | Cost: | 0.16 |