**EXHIBIT B**

```
RECEIPT # 70437
AMOUNT $ 350.-
SUMMONS ISSUED ✗
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. KN
DATE 6-29-06
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRANDON S. BLAIR and
RICHARD N. TOUSIGNANT
  *Plaintiffs*

v.

PETER TOWLER, THOMAS DOWD,            Docket No.
DANIEL DOWD, THOMAS C. DUFFY,
EDWARD McGINN, JIMMY MOORE,
THOMAS FALCONE and OFFICER ORTIZ      **06-40129**
  *Defendants*

## COMPLAINT AND JURY DEMAND

### INTRODUCTION

1) This is a Civil Rights action for money damages arising out of an incident in which the Plaintiffs were assaulted, beaten and falsely arrested by Worcester police officers.

### JURISDICTION AND VENUE

2) This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1332, 1343(a)(3) and 1343(a)(4).

3) Venue is proper in the District of Massachusetts pursuant to 28 U.S.C. §§ 1391(a) and 1391 (b)(3) because the events giving rise to the claims arose here and because the Defendants are located within this District.

### PARTIES

4) The Plaintiff, Brandon S. Blair ("Blair") is a citizen of the United States and at all times relevant to the facts alleged in this complaint, was a resident of the Town of

1

Gardner, County of Worcester, Commonwealth of Massachusetts and is currently a resident of Venice, California.

5) The Plaintiff, Richard N. Tousignant ("Tousignant"), is a citizen of the United States and at all times relevant to the facts alleged in this complaint, is a resident of the Town of Gardner, County of Worcester, Commonwealth of Massachusetts.

6) The Defendant, Peter Towler ("Officer Towler"), at all times relevant to the facts alleged in the Complaint was a duly appointed officer for the Worcester Police Department. He is being sued in his individual capacity.

7) The Defendant, Thomas Dowd ("Officer Thomas Dowd"), at all times relevant to the facts alleged in the Complaint was a duly appointed officer for the Worcester Police Department. He is being sued in his individual capacity.

8) The Defendant, Daniel Dowd ("Officer Daniel Dowd"), at all times relevant to the facts alleged in the Complaint was a duly appointed officer for the Worcester Police Department. He is being sued in his individual capacity.

9) The Defendant, Edward McGinn ("Lieutenant McGinn"), at all times relevant to the facts alleged in the Complaint was a duly appointed police officer and Lieutenant for the Worcester Police Department. He is being sued in his individual capacity.

10) The Defendant, Moore ("Officer Moore"), at all times relevant to the facts alleged in the Complaint was a duly appointed officer for the Worcester Police Department. He is being sued in his individual capacity.

11) The Defendant, Thomas C. Duffy ("Officer Duffy"), at all times

relevant to the facts alleged in the Complaint was a duly appointed officer for the Worcester Police Department. He is being sued in his individual capacity.

12) The Defendant, Thomas Falcone ("Officer Falcone"), at all times relevant to the facts alleged in the Complaint was a duly appointed officer for the Worcester Police Department. He is being sued in his individual capacity.

13) The Defendant, Ortiz ("Officer Ortiz"), at all times relevant to the facts alleged in the Complaint was a duly appointed officer for the Worcester Police Department. He is being sued in his individual capacity.

14) At all times relevant to the allegations of this Complaint, each of the Defendant officers were acting under color of the law.

## FACTS

15) On the evening of December 22, 2001, the Plaintiffs arrived at AMEN, a gay club, at 90 Commercial Street, Worcester, Massachusetts.

16) Later that evening, the Plaintiffs left the club.

17) Worcester Police Officers, including the Defendants, arrived at the club.

18) One or more police officers parked their vehicles in such a way as to block the Plaintiff Tousignant's car.

19) Tousignant requested that the police move the cruiser so that he could depart.

20) The defendant police officers then attacked, assaulted and battered the Plaintiffs.

21) The defendant police officers arrested the Plaintiffs without probable cause.

22) The defendant police officers used excessive and unreasonable force when arresting the Plaintiffs.

## STATUTE OF LIMITATIONS

23) The Plaintiffs filed a prior action on August 16, 2002 in the United States District Court for the District of Massachusetts (C.A. 02-40152-FDS). That action was dismissed by the Court on March 13, 2006 because of insufficient service of process. Plaintiffs have filed this new action within one year of the dismissal in accordance with their right under M.G.L. c. 260 § 32.

## FIRST COUNT
## FOURTH and FOURTEENTH AMENDMENT CLAIMS

24) The Plaintiffs repeat and reassert the allegations in paragraphs 1 through 23 and incorporate them by reference.

25) The arrest of the Plaintiffs without probable cause violated the Plaintiffs' rights under the Fourth and Fourteenth Amendments of the United States Constitution and 42 U.S.C. § 1983.

## SECOND COUNT
## EIGHTH and FOURTEENTH AMENDMENT CLAIMS

26) The Plaintiffs repeat and reassert the allegations contained in paragraphs 1 through 23 and incorporate them by reference.

26) The attack, assault and beating of the Plaintiffs by the Defendants under color of law violated Plaintiffs' rights under the Eighth and Fourteenth Amendments of the United States Constitution and 42 U.S.C. § 1983.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court:

1) Award compensatory damages.

2)   Award punitive damages as are allowed by law.

3)   Award pre and post judgment interest.

4)   Award costs and attorneys fees.

5)   Award and Order such further relief as this Court deems fair and just.

## JURY DEMAND

**PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES.**

                        RICHARD TOUSIGNANT, and
                        BRANDON S. BLAIR

                        By their Attorneys

                        _/s/ Michael L. Altman_
                        Michael L. Altman, BBO #016800
                        Alissa L. Poynor, BBO #664077
                        Patrick T. Taverna, BBO #664612
                        ALTMAN & CITRON LLP
                        100 Franklin Street
                        Boston, MA 02110
                        (617) 742-2772

Dated: June 28, 2006